UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA        :      INDICTMENT

   - v. -                       :      **19 CRIM 791**

JOHN PIERRE DUPONT,             :
     a/k/a "John Gary Rinaldo,"
     a/k/a "John Gary,"         :

              Defendant.     :

- - - - - - - - - - - - - - - - - -x

## COUNT ONE
### (Bail Jumping)

The Grand Jury charges:

On or about March 25, 2019, and thereafter, in the Southern District of New York, JOHN PIERRE DUPONT, a/k/a "John Gary Rinaldo," a/k/a "John Gary," the defendant, having been released on bail in connection with a charge of an offense punishable by imprisonment of 15 years or more, willfully and knowingly did fail to appear before a court as required by the conditions of his release, to wit, DUPONT failed to appear at the United States Courthouse, 500 Pearl Street, New York, New York, on or about March 25, 2019, as required by the conditions of his release, for a hearing in the matter of United States v. John Pierre Dupont, 19 Mag. 2493, or any time thereafter.

(Title 18, United States Code, Sections 3146(a)(1) and (b)(1)(A)(i).)

_____
FOREPERSON

_____
GEOFFREY S. BERMAN
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- v. -

**JOHN PIERRE DUPONT,
a/k/a "John Gary Rinaldo,"
a/k/a "John Gary,"**

**Defendant.**

---

**INDICTMENT**

(18 U.S.C. §§ 3146(a)(1) & (b)(1)(A)(i).)

GEOFFREY S. BERMAN
United States Attorney

*/signature/*
Foreperson

---

11/6/19   Filed Indictment
Case assigned to Judge Ramos

USMJ Gorenstein

MQ