

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: __12/11/2019__

December 11, 2019

**<u>VIA ECF</u>**

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

> The December 12 pretrial conference is adjourned to February 21, 2020, at 11:30 a.m
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __12/11/2019__
> New York, New York

  Re: *United States* v. *Dupont*, 19 Cr. 791 (ER)

Dear Judge Ramos:

  A status conference in the above-captioned case currently is scheduled for Thursday, December 12, 2019, at 10:00 a.m. (the "Conference"). The Government has conferred with defense counsel, and due to the ongoing pendency of a separate criminal case against the defendant, *United States v. Dupont*, 19 Cr. 444 (RMB); continuing discussions between the parties about a possible disposition of the case; and the defendant's current treatment for certain medical issues, the parties jointly respectfully request an adjournment of the Conference for approximately 45 days, to a date in February 2020 or thereafter that is convenient for the Court. The parties believe this will provide sufficient time for the clarification and/or resolution of certain of those factors.

  Additionally, the Government respectfully requests the exclusion of speedy trial time until the next scheduled conference, to allow for time for the production and review of discovery, and for the purposes of discussing possible pre-trial disposition, and counsel for the defendant consents to this request.

              Respectfully submitted,

              GEOFFREY S. BERMAN
              United States Attorney

         By: _____
              Alex Rossmiller
              Assistant United States Attorney
              Tel.: (212) 637-2415

Cc: Zawadi Baharanyi, *counsel to defendant* (via ECF)