

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

April 2, 2020

**VIA ECF**

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

> The April 7 conference is adjourned to June 5, 2020, at 10:00 AM. Speedy trial time is excluded from April 7, 2020, until June 5, 2020, in the interest of justice.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 4/7/2020
> New York, New York

Re: *United States* v. *Dupont*, 19 Cr. 791 (ER)

Dear Judge Ramos:

    A status conference in the above-captioned case currently is scheduled for Tuesday, April 7, 2020, at 10:30 a.m. The Government has conferred with defense counsel, and due to the ongoing pendency of a separate criminal case against the defendant, *United States v. Dupont*, 19 Cr. 444 (RMB); continuing discussions between the parties about a possible disposition of the case; and the current public health crisis, the parties jointly respectfully request an adjournment of the Conference for approximately 60 days, to a date in June 2020 or thereafter that is convenient for the Court.

    Additionally, the Government respectfully requests the exclusion of speedy trial time until the next scheduled conference, to allow for time for the production and review of discovery, and for the purposes of discussing possible pre-trial disposition, and counsel for the defendant consents to this request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____
Alex Rossmiller
Assistant United States Attorney
Tel.: (212) 637-2415

Cc: Zawadi Baharanyi, *counsel to defendant* (via ECF)