

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

## MEMO ENDORSED

June 1, 2020

**VIA ECF**

| The June 5 status conference is adjourned to September 11, 2020, at 10:30 AM. Speedy trial time is excluded from June 5, 2020, until September 11, 2020, in the interest of justice. |

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York  10007

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated:  ___6/2/2020_____
New York, New York

Re:     *United States* v. *Dupont*, 19 Cr. 791 (ER)

Dear Judge Ramos:

A status conference in the above-captioned case currently is scheduled for Friday, June 5, 2020, at 10:00 a.m.  The Government has conferred with defense counsel, and due to the ongoing pendency of a separate criminal case against the defendant, *United States v. Dupont*, 19 Cr. 444 (RMB); continuing discussions between the parties about a possible disposition of the case; and the current public health crisis, the parties jointly respectfully request an adjournment of the Conference for approximately 90 days, to a date in September 2020 or thereafter that is convenient for the Court.

Additionally, the Government respectfully requests the exclusion of speedy trial time until the next scheduled conference, to allow for time for the production and review of discovery, and for the purposes of discussing possible pre-trial disposition, and counsel for the defendant consents to this request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:  _____
Alex Rossmiller
Assistant United States Attorney
Tel.: (212) 637-2415

Cc:  Zawadi Baharanyi, *counsel to defendant* (via ECF)