UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,                :
                                                                        :                    <u>ORDER</u>
              -v-                                            :
                                                                    :                    19-CR-791 (ER)
JOHN PIERRE DUPONT,                      :
                                                                    :
                    Defendant.          :
-----------------------------------------------------------X

<u>Ramos, D.J.</u>:

The conference scheduled for **November 18, 2020**, will occur as a teleconference.

Counsel is directed to call the Court at (877) 411-9748 and use access code 302 9857#. (Members of the press and public may call the same number, but will not be permitted to speak during the conference.)

SO ORDERED.

Dated: November 17, 2020
         New York, New York

                                                      Edgardo Ramos
                                             United States District Judge