

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 27, 2021

**VIA ECF**

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States* v. *Dupont*, 19 Cr. 791 (ER)

Dear Judge Ramos:

    In connection with the above-captioned case, counsel to the defendant filed a pretrial motion on January 15, 2021, to suppress certain statements by the defendant. The Government's deadline to respond currently is January 29, 2021. In order to fully respond to the motion, the Government respectfully requests a two-week adjournment of its response deadline, to February 12, 2021. The trial date in this case currently is set for April 19, 2021.

    I have conferred with defense counsel, who consents to this request.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney

By: _____
    Alex Rossmiller
    Assistant United States Attorney
    Tel.: (212) 637-2415

Cc:  Zawadi Baharanyi, *counsel to defendant* (via ECF)