**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

**MEMO ENDORSED**

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

February 19, 2021

**BY ECF**
The Honorable Judge Edgardo Ramos
United States District Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. John Dupont**
      **19 CR. 791 (ER)**

> The application to adjourn the April 19 trial is GRANTED. The application for a teleconference is DENIED. The parties are directed provide to the Court, in writing, their positions on the timing of the new trial date.
> SO ORDERED.
>
> /s/ Edgardo Ramos, U.S.D.J
> Dated: 2/23/2021
> New York, New York

Dear Judge Ramos:

    On behalf of John Dupont, and with the consent of the Government, I write to request that the Court adjourn his April 19, 2021 trial and schedule a teleconference between the parties to discuss a new date. An adjournment is necessary given Mr. Dupont's current status and the current limitation on his legal visits. Mr. Dupont remains detained and under the care of the Windsor Park Nursing Home. Due to the COVID-19 pandemic, in-person legal visits to the nursing home have been suspended. I cannot effectively represent Mr. Dupont at trial in April without the ability to meet with him, review discovery, and prepare in person.

    Both parties are available for a teleconference the week of February 22 to discuss the timing of a possible adjournment.

Respectfully submitted,

    /s/
Zawadi Baharanyi
Assistant Federal Defender
(212) 417-8735

cc:   AUSA Alexander Rossmiller (by ECF)